UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JAMES A. BROWN, )
)
    Plaintiff, )
)
v. ) CIVIL ACTION NO. CV406-201
)
MICHAEL J. ASTRUE, )
Commissioner of Social Security, )
)
    Defendant. )

## ORDER

The Commissioner has filed a motion seeking a judgment with reversal and remand pursuant to sentence four of 42 U.S.C. § 405(g). This Court has the power to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991). Upon consideration of the motion and good cause shown, it is,

ORDERED that this case is REMANDED to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the matter will be returned to an Administrative Law Judge ("ALJ") for further administrative adjudication of the Plaintiff's claims to benefits. The Appeals Council shall direct the ALJ to conduct a new hearing, update the medical evidence, and issue a new decision. Further, the ALJ shall afford the Plaintiff the opportunity to question the consultative examiner, Dr. Arthur Hartzell, either through interrogatories and/or in person; or in the alternative, the ALJ shall sufficiently explain his reasons for denying the Plaintiff this opportunity. Accordingly, Defendant

respectfully requests that, consistent with Plaintiff's requested relief, this Court enter an order and judgment reversing and remanding this cause to the Commissioner for the administrative actions set forth above.

The Clerk of Court shall enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 9th day of May, 2007.

HONORABLE G.R. SMITH
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA