AO 450 (GAS Rev 10/03) Judgment in a Civil Case 

# United States District Court
## Southern District of Georgia

James A. Brown

JUDGMENT IN A CIVIL CASE

v.                           CASE NUMBER: CV406-201

Michael J. Astrue

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 5/9/07; Judgment is entered remanding this case to the commissioner for further proceedings.

5/9/07
Date

Scott L. Poff
Clerk

_(signature)_
(By) Deputy Clerk

GAS Rev 10/1/03