FILED
U.S. DIST. COURT
SAVANNAH DIV.
2007 SEP -6 P 4: 56

CLERK

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| JAMES A. BROWN,<br><br>    Plaintiff,<br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. CV406-201 |

## ORDER

Plaintiff James A. Brown has moved the Court for an award of attorney's fees and expenses under the Equal Access to Justice Act (EAJA). Doc. 14. Specifically, plaintiff seeks $4,614.95 in attorney's fees incurred in prosecuting his appeal from the Commissioner of Social Security's decision to deny him disability benefits. Id. The Commissioner does not object. Doc. 15. Accordingly, plaintiff's motion for attorney's fees and expenses is GRANTED in the amount of $4,614.95.

**SO ORDERED** this 6th day of September, 2007.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA